Form 2600 (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__
Alexandria

In re __Ali Abbarin__ ,
      Debtor

Case No. __22-11235-BFK__

Chapter __7__

__Kamran Etemad__ ,
      Plaintiff

v.

__Ali Abbarin__ ,
      Defendant

Adv. Proc. No. __22-01101-BFK__

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
|---|
| Ali Abbarin |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

WILLIAM C. REDDEN
Clerk of the Bankruptcy Court

March 22, 2023
Date

By: /s/ Lilian Palacios
Deputy Clerk